NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GARY W. TURLEY, II, DOC #508345,   )
   )
      Appellant,   )
   )
v.   )   Case No. 2D18-3798
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
_____)

Opinion filed June 7, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Mark R. Wolfe, Judge.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and SLEET and BADALAMENTI, JJ., Concur.